UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:14-cr-71 |
| vs. | ) | |
| | ) | |
| CHARLES E. DUPREE | ) | COLLIER/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 25, 2014, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

AUSA Meredith Edwards called U.S. Probation Officer Candace Lindsey, who testified that the defendant violated his conditions of release by testing positive for marijuana. Based on the defendant's continued drug use while on release, I conclude the defendant is a danger to the community. Therefore, the defendant must be DETAINED without bond.

SO ORDERED.

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE